IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CHATURA WAHEEDA HATSHIPSUE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0101 |
| | ) | Judge Trauger |
| LASALLE BANK, et al., | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On May 20, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 24), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss filed by defendant Weissman, Nowack, Curry & Wilco, P.C. (Docket No. 8) and the Motion to Dismiss (Docket No. 10) and Amended Motion to Dismiss (Docket No. 15) filed by defendant U.S. Bank, National Association, as Trustee, as successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank, N.A. as Trustee for RAAC Series 2007-RP4 ("U.S. Bank"), are **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** as to all defendants.

The "Motion to Remove to Supreme Court of Shaykamaxum Atlan Amexem Nation" (Docket No. 28) is **DENIED**.

It is so **ORDERED.**

Enter this 25th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge